UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
Un Y Cho                            §     Case No. 13-19151
                                    §
         Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
     . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/STEVEN R. RADTKE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-19151 | JPC | Judge: | Jacqueline P. Cox | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Un Y Cho | | | | | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 06/28/2013 |
| For Period Ending: | 12/26/2014 | | | | | Claims Bar Date: | 03/05/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4589 Jenna Road Glenview Il 60025 | 275,250.00 | 23,570.00 | | 23,570.00 | FA |
| 2. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 5. 2002 Toyota Rav4 Mileage 120000 | 2,887.00 | 723.00 | | 0.00 | FA |
| 6. 2008 Nissan Quest Mileage: 80,000 Joint Title With Ex-Wife. | 3,459.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $282,446.00 | $24,293.00 | | $23,570.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor scheduled real estate located at 4589 Jenna Road, Glenview, IL; Trustee agreed to sell estate's right, title and interest in said real estate for $23,570; as of 6/30/14 motion to approve compromise was pending (motion was approved 7/8/14 and Trustee has since collected $14,523.33 with balance due to be paid 60 days after entry of order); waiting for tax returns to be prepared and filed

Initial Projected Date of Final Report (TFR): 06/30/2015       Current Projected Date of Final Report (TFR): 06/30/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 13-19151 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Un Y Cho | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5588 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0341 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/26/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/14 | 1 | Eun Young Cho<br>6116 N. Lincoln Avenue<br>Chicago, IL 60659 | Initial payment on right, title interest in real estate | 1110-000 | $7,000.00 | | $7,000.00 |
| 05/29/14 | 1 | Eun Young Cho<br>6116 N. Lincoln Avenue<br>Chicago, IL 60659 | Initial payment on right, title interest in real estate | 1110-000 | $3,000.00 | | $10,000.00 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.38 | $9,985.62 |
| 07/09/14 | 1 | Eun Young Cho | Installment payment on real estate<br>First installment payment on balance due for estate's right title and interest in real estate | 1110-000 | $4,523.33 | | $14,508.95 |
| 07/31/14 | 1 | Eun Y. Cho | Installment payment on real estate<br>Part of final payment per order of Court dated 7/8/14 | 1110-000 | $8,000.00 | | $22,508.95 |
| 07/31/14 | 1 | Eun Young Cho | Installment payment on real estate<br>Part of final payment per order of court dated 7/8/14 | 1110-000 | $1,046.67 | | $23,555.62 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $23,570.00 | $14.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $23,570.00 | $14.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,570.00 | $14.38 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*          Page Subtotals:          $23,570.00          $14.38

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5588 - Checking | $23,570.00 | $14.38 | $23,555.62 |
| | $23,570.00 | $14.38 | $23,555.62 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,570.00 |
| Total Gross Receipts: | $23,570.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 13-19151  
Debtor Name: Un Y Cho  
Claims Bar Date: 3/5/2014  

Date: December 26, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $3,107.00 | $3,107.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $3.24 | $3.24 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $3,750.00 | $3,750.00 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $12.04 | $12.04 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $931.00 | $931.00 |
| 1 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $12,335.28 | $12,335.28 |
| 2 300 7100 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $1,851.81 | $1,851.81 |
| 3 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $3,268.57 | $3,268.57 |
| | Case Totals | | | $0.00 | $25,258.94 | $25,258.94 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1    Printed: December 26, 2014

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-19151  
Debtor Name: Un Y Cho  
Claims Bar Date: 3/5/2014

Date: December 26, 2014

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-19151
Case Name: Un Y Cho
Trustee Name: STEVEN R. RADTKE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | First National Bank Of Omaha | $ | $ | $ |
| 3 | N. A. Capital One Bank (Usa) | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE