UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Un Y Cho § Case No. 13-19151
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

9:30 a.m. on February 12, 2015
in Courtroom 680, U.S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____Kenneth S. Gardner_____
                                             Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Un Y Cho § Case No. 13-19151
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 23,570.00 |
| and approved disbursements of | $ | 14.38 |
| leaving a balance on hand of[1] | $ | 23,555.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 3,107.00 | $ 0.00 | $ 3,107.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 3.24 | $ 0.00 | $ 3.24 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 12.04 | $ 0.00 | $ 12.04 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 931.00 | $ 0.00 | $ 931.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,803.28 |
| Remaining Balance | $ 15,752.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,455.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 12,335.28 | $ 0.00 | $ 11,131.61 |
| 2 | First National Bank Of Omaha | $ 1,851.81 | $ 0.00 | $ 1,671.11 |
| 3 | N. A. Capital One Bank (Usa) | $ 3,268.57 | $ 0.00 | $ 2,949.62 |
| | Total to be paid to timely general unsecured creditors | | $ | 15,752.34 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 13-19151-JPC
Un Y Cho                                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: dgomez              Page 1 of 1              Date Rcvd: Jan 13, 2015
                             Form ID: pdf006           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2015.
```
db            +Un Y Cho,    4589 Jenna Road,    Glenview, IL 60025-1403
aty           +Chill Chill & Radtke PC,    Steven R Radtke,    Chill Chill & Radtke PC,    79 W Monroe Street,
                Suite 1305,    Chicago, IL 60603-4925
20444567     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,
                Greensboro, NC  27410)
20444568     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA  23285)
21427215      Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
20444569     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20444565     +Cho Un Y,    4589 Jenna Road,    Glenview, IL 60025-1403
20444571     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
21349644     +First National Bank of Omaha,     1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
20444573     +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20444570     +E-mail/Text: bk.notifications@jpmchase.com Jan 14 2015 02:02:35     Chase,    Po Box 901076,
                Ft Worth, TX 76101-2076
21298017      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2015 02:16:29     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20444572     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2015 02:16:29     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
                                                                                               TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20444566     ##+IBT Laws LLC,    1245 Milwaukee Ave Suite 101,    Glenview, IL 60025-2400
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2015 at the address(es) listed below:
```
              Myeoung H Lee    on behalf of Debtor Un Y Cho ibtlaws@gmail.com, irene@ibtlaws.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Accountant   Popowcer Katten Ltd. sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```