UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| Un Y Cho | § § § | Case No. 13-19151 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/STEVEN R. RADTKE_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Popowcer Katten Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Chase Po Box 901076 Ft Worth, TX  76101 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Fnb Omaha Po Box 3412 Omaha, NE  68103 | | | | | |
| 1 | Discover Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First National Bank Of Omaha | | | | | |
| 3 | N. A. Capital One Bank (Usa) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-19151 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Un Y Cho | | | | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| | | | | | 341(a) Meeting Date: | 06/28/2013 |
| For Period Ending: | 06/08/2015 | | | | Claims Bar Date: | 03/05/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4589 Jenna Road Glenview Il 60025 | 275,250.00 | 23,570.00 | | 23,570.00 | FA |
| 2. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 400.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 5. 2002 Toyota Rav4 Mileage 120000 | 2,887.00 | 723.00 | | 0.00 | FA |
| 6. 2008 Nissan Quest Mileage: 80,000 Joint Title With Ex-Wife. | 3,459.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $282,446.00        $24,293.00              $23,570.00              $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor scheduled real estate located at 4589 Jenna Road, Glenview, IL; Trustee agreed to sell estate's right, title and interest in said real estate for $23,570; as of 6/30/14 motion to approve compromise was pending (motion was approved 7/8/14 and Trustee has since collected $14,523.33 with balance due to be paid 60 days after entry of order); waiting for tax returns to be prepared and filed

UPDATE NOTES

Initial Projected Date of Final Report (TFR): 06/30/2015        Current Projected Date of Final Report (TFR): 06/30/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |     | | |
|---|---|---|---|---|
| Case No: | 13-19151 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Un Y Cho | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5588 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0341 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/08/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/14 | 1 | Eun Young Cho<br>6116 N. Lincoln Avenue<br>Chicago, IL 60659 | Initial payment on right, title interest in real estate | 1110-000 | $7,000.00 | | $7,000.00 |
| 05/29/14 | 1 | Eun Young Cho<br>6116 N. Lincoln Avenue<br>Chicago, IL 60659 | Initial payment on right, title interest in real estate | 1110-000 | $3,000.00 | | $10,000.00 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.38 | $9,985.62 |
| 07/09/14 | 1 | Eun Young Cho | Installment payment on real estate<br>First installment payment on balance due for estate's right title and interest in real estate | 1110-000 | $4,523.33 | | $14,508.95 |
| 07/31/14 | 1 | Eun Y. Cho | Installment payment on real estate<br>Part of final payment per order of Court dated 7/8/14 | 1110-000 | $8,000.00 | | $22,508.95 |
| 07/31/14 | 1 | Eun Young Cho | Installment payment on real estate<br>Part of final payment per order of court dated 7/8/14 | 1110-000 | $1,046.67 | | $23,555.62 |
| 04/14/15 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,107.00 | $20,448.62 |
| 04/14/15 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.24 | $20,445.38 |

| | | | Page Subtotals: | | $23,570.00 | $3,124.62 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-19151 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Un Y Cho | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5588 |
| | Checking |
| Taxpayer ID No: XX-XXX0341 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/15 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,750.00 | $16,695.38 |
| 04/14/15 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $12.04 | $16,683.34 |
| 04/14/15 | 1005 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $931.00 | $15,752.34 |
| 04/14/15 | 1006 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 90.24 % per court order. | 7100-000 | | $11,131.61 | $4,620.73 |
| 04/14/15 | 1007 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Final distribution to claim 2 representing a payment of 90.24 % per court order. | 7100-000 | | $1,671.11 | $2,949.62 |
| 04/14/15 | 1008 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 90.24 % per court order. | 7100-000 | | $2,949.62 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $23,570.00 | $23,570.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $23,570.00 | $23,570.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $23,570.00 | $23,570.00 |

Page Subtotals: $0.00   $20,445.38

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5588 - Checking | $23,570.00 | $23,570.00 | $0.00 |
| | $23,570.00 | $23,570.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,570.00 |
| Total Gross Receipts: | $23,570.00 |